1  SCOTT N. JOHNSON, ESQ., SBN 166952
   DISABLED ACCESS PREVENTS INJURY, INC.
   5150 FAIR OAKS BLVD., SUITE 101
2  PMB #253
   CARMICHAEL, CA 95608-5758
3  TELEPHONE (916) 485-3516
   FAX (916) 481-4224
4  E-MAIL scottnjohnson@dapiinc.com

5  Attorney for Plaintiff Scott N. Johnson

6

7

8              **UNITED STATES DISTRICT COURT**

9            **EASTERN DISTRICT OF CALIFORNIA**

10

11

12
                                    ) Case No.**2:11-cv-03226-LKK-JFM**
13  Scott N. Johnson                )
                                    ) **ORDER RE: REQUEST FOR DISMISSAL**
14          Plaintiff;              )
                                    )
15      vs.                         )
                                    )
16  Floors To Go Inc., et al,       )
                                    )
17          Defendants.             )
                                    )
18                                  )
                                    )
19  _____ )

20

21      IT  IS  HEREBY  ORDERED  THAT  this  action  is  hereby

22  dismissed With Prejudice pursuant to Rule 41(a)(1) of the

23  Federal Rules of Civil Procedure.

24

25  Date: February 9, 2012

26

27  _____
    LAWRENCE K. KARLTON
    SENIOR JUDGE
28  UNITED STATES DISTRICT COURT

             PROPOSED ORDER RE REQUEST FOR DISMISSAL

                CIV: S-11-cv-03226-LKK-JFM- 1